# LETTERS OF GUARDIANSHIP

## Cause No. 2015-001

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 1:55:12 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT AT LAW |
| | § | OF |
| COUNTY OF MEDINA | § | MEDINA COUNTY, TEXAS |

I, the undersigned Clerk of the County Court at Law of Medina County, Texas, certify that on MAY 22, 2015, the Court appointed William J. Strait Guardian of the Estate of Douglas J. Ulbrich and granted the Guardian certain specific powers as set forth in the attached copy of the order of appointment.

I further certify that William J. Strait qualified as Guardian of the Estate in this cause on MAY 22, 2015, as the law requires, and that the authority under these letters of guardianship shall expire on SEPTEMBER 23, 2016.

Given under my hand and seal of office at Hondo, Texas on this the 22nd day of May, 2015.

LISA J.WERNETTE
County Clerk, Medina County, Texas
1100 16th Street Rm. 109 Hondo, Texas 78861

By: _____, Deputy

Wendy Rine

